UNITED STATES BANKRUPTCY COURT
for the Eastern District of Pennsylvania

In re                                            Case No.  19 - 13264
    Frank J. Peta, Jr.                                  (Chapter 13)
        Debtor.

                             Hon. Magdeline D. Coleman

## ORDER

AND NOW, this 14th day of April, 2020, upon consideration of Debtor's Motion to Lift Bank Levy, and any responses thereto, it is hereby ORDERED that

a)    Debtor's Emergency Motion to Lift Bank Levy is GRANTED;

b)    this Bank Account Levy on this Santander Bank is LIFTED; and

c)    Santander Bank shall return such funds of this bank account to Debtor and allow him access to such account.

BY THE COURT:

*Magdeline D. Coleman*

Magdeline D. Coleman
Chief U.S. Bankruptcy Judge

Copies to:
Debtor: Frank J. Peta, Jr.
Debtor's Attorney: Ronald G. McNeil, Esquire
Chapter 13 Standing Trustee: William C. Miller, Esquire
Garnishing Bank: Michael Lipsitz, Esquire
Creditor: Arlene C. Masi