UNITED STATES BANKRUPTCY COURT
for the Eastern District of Pennsylvania

|  |  |  |
|---|---|---|
| In re | : | Case No. 19 - 13264 |
| Frank J. Peta, Jr. | : | (Chapter 13) |
| Debtor. | : |  |
|  | : | Hon. Magdeline D. Coleman |

## CERTIFICATE OF SERVICE

  I, Ronald G. McNeil, Esquire, certify that a true and correct copy of Debtor's Third Amended Chapter 13 Plan was served via electronic means, via hand delivery, and/or via first class postage prepaid, properly franked upon the below listed priority and secured creditors and the Trustee. Service upon said creditors is in compliance with Rule 3015-3(c) of the Local Bankruptcy Rules and does not in any way constitute an admission as to the validity or extent of security or priority status.

Debtor

Capital One Auto Finance   c/o AIS Portfolio Services, LP
  c/o Friedman Vartolo, LLP
ATTN: Jason B. Schwartz, Esquire
1325 Franklin Avenue, Suite 160
Garden City, NY 11530-1631

Internal Revenue Service
Bankruptcy Division
P.O. Box 7346
Philadelphia, PA 19101-7346

Lower Merion Township
Township Administration Building
Office of Town Manager
75 East Lancaster Avenue
Ardmore, PA 19003-2323

Arlene C. Masi
  c/o Diane S. Tosta, Esquire
P.O. Box 618
Eagleville, PA 19408

Montgomery County Tax Claim Bureau
  c/o Obermayer Rebmann Maxwell & Hippel, LLP
ATTN: Michael D. Vagnoni, Esquire
Centre Square West, Suite 3400
1500 Market Street
Philadelphia, PA 19102

Pennsylvania Department of Revenue
Bankruptcy Division
P.O. Box 280946
Harrisburg, PA  17128-0496

PNC Bank
   c/o Manley Deas Kochalski LLC
ATTN: Adam B. Hall, Esquire
P.O. Box 165028
Columbus, OH  43216-5028

Tompkins VIST Bank, f/k/a, Allegiance Bank of North America
  c/o  Joseph L. Haines, Esquire
P.O. Box 8536
38 North Sixth Street
Reading, PA 19603-8536

Kenneth E. West, Esquire
Chapter 13 Standing Trustee
P.O. Box 40837
Philadelphia, PA 19107-0837

Office of the U.S. Trustee
Robert N.C. Nix, Sr. Federal Bldg
900 Market Street, Suite 320
Philadelphia, PA 19107-4202


      /s/ Ronald G. McNeil
Ronald G. McNeil, Esquire
Attorney for Debtor
DATE: June 2, 2023